# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE,<br><br>      Plaintiff,<br><br>  vs.<br><br>GARETH G. BUTLER, AS TRUSTEE OF THE BUTLER FAMILY TRUST D/B/A PROLIMN OIL CO; and DOES 1 to 10,<br><br>      Defendants. | **Case No.: 8:24-cv-00384-DOC (KESx)**<br><br>**Judgment Re: Default Judgment**<br><br>Honorable Judge David O. Carter |

      Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JOHN LEE shall have JUDGMENT in Plaintiff's favor in the amount of $2,755.00 as costs-and-fees award against Defendant GARETH G. BUTLER, AS TRUSTEE OF THE BUTLER FAMILY TRUST D/B/A PROLIMN OIL CO.

//
//
//

1.     Additionally, Defendant GARETH G. BUTLER, AS TRUSTEE OF THE
2. BUTLER FAMILY TRUST D/B/A PROLIMN OIL CO is ordered to provide an
3. accessible parking space at the property located at or about 3522 Westminster Ave.,
4. Santa Ana, California, in compliance with the Americans with Disabilities Act
5. Accessibility Guidelines.
6.
7. Dated:  April 26, 2024            */s/ David O. Carter*
8.                                         David O. Carter,
9.                                         United States District Judge